1 Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
2 Benjamin F. Tookey, Esq. (SBN 330508)
btookey@donigerlawfirm.com
3 DONIGER / BURROUGHS
4 603 Rose Avenue
Venice, California 90291
5 Telephone: (310) 590-1820
6
7 Attorneys for Plaintiff

8 **UNITED STATES DISTRICT COURT**

9 **CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CREATIVE PHOTOGRAPHERS, INC., | Case No.: 2:24-cv-10611-RGK-E<br>*Hon. R. Gary Klausner Presiding* |
| Plaintiff, | |
| vs. | **STIPULATION TO DISMISS ACTION WITH PREJUDICE** |
| PRESSED JUICERY, INC., et al, | |
| Defendants. | |

- 1 -

STIPULATION TO DISMISS ACTION

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT Plaintiff on the one hand, and Defendant Pressed Juicery, Inc. on the other, hereby STIPULATE as follows:

1. The entire action is hereby dismissed in its entirety with prejudice; and

2. The parties will each bear their respective costs and attorneys' fees as incurred against one another in connection with this action.

This stipulation is made pursuant to Fed. R. Civ. P. 41(a)((1)(A)(ii) and per that Rule does not require an Order.

SO STIPULATED.

Dated: February 7, 2025     By:     /s/ Stephen M. Doniger
                                    Stephen M. Doniger, Esq.
                                    Benjamin F. Tookey, Esq.
                                    DONIGER / BURROUGHS
                                    Attorneys for Plaintiff(s)

Dated: February 7, 2025     By:     /s/ Layal L. Bishara
                                    Layal L. Bishara, Esq.
                                    GREENBERG TRAURIG, LLP
                                    Attorneys for Defendant

Pursuant to Civil L.R. 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.